**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-30782
Summary Calendar
_____


JO ANNE CARTER,

                                    Plaintiff-Appellant,

              VERSUS

        JAIL OF CADDO PARISH, et al.,

                                    Defendants-Appellees.


_____

        Appeal from the United States District Court
          for the Western District of Louisiana
                    (94-CV-926-S)
_____


                    November 7, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]


     Jo Anne Carter appeals the dismissal, as frivolous under
28 U.S.C. § 1915(e)(2)(B)(i), of her prisoner's civil rights suit.
She alleged a myriad of constitutional violations, including denial
of access to the courts, denial of visiting privileges with her
children, deprivation of property, denial of medical care, denial

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

of her right to practice religion, conditions of confinement, harassment, and verbal abuse. She also alleged claims based on the treatment received by other inmates.

On appeal, Carter does little more than provide a conclusional list of some of the claims she asserted in the district court. She provides no facts in support or arguments in opposition to the dismissal.

Even *pro se* litigants must brief arguments in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Issues not raised or briefed on appeal are deemed abandoned. *Evans v. City of Marlin, Tex.*, 986 F.2d 104, 106 n.1 (5th Cir. 1993).

Accordingly, the appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2. All pending motions are DENIED.[1]

---

[1] Given the lack of substantive merit of this appeal, we pretermit the question of the applicability of the Prison Litigation Reform Act of 1995.